No. 392.  CHARLES L. HARNEY CONSTRUCTION CO.
(FORMERLY PALM SPRINGS HOLDING CORP.) *v.* FLEMING,
ADMINISTRATOR, FEDERAL WORKS AGENCY, ET AL.  United
States Court of Appeals for the District of Columbia
Circuit.  Larson, Administrator of General Services, substituted as the party respondent.  Certiorari denied.
*Harold Leventhal, David B. Gideon* and *John J. Courtney*
for petitioner.  *Solicitor General Perlman, Assistant At-*

torney *General Vanech, Roger P. Marquis* and *Fred W. Smith* for respondents.